Bell Air Med. Supply, LLC v MVAIC (2022 NY Slip Op 51233(U))

[*1]

Bell Air Med. Supply, LLC v MVAIC

2022 NY Slip Op 51233(U) [77 Misc 3d 131(A)]

Decided on November 18, 2022

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 18, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : MICHELLE WESTON, J.P., WAVNY TOUSSAINT,
CHEREÉ A. BUGGS, JJ

2020-426 K C

Bell Air Medical Supply, LLC, as
Assignee of Tiffany Waddell, Denise Waddell and Abuoadan Jafar, Appellant,
against
MVAIC, Respondent. 

Gary Tsirelman, P.C. (Stefan Belinfanti of counsel), for appellant.
Marshall & Marshall, PLLC (Frank D'Esposito and Jeffrey Kadushin of counsel),
for respondent.

Appeal from a judgment of the Civil Court of the City of New York, Kings County
(Lisa Ottley, J.), entered September 22, 2017. The judgment, after a nonjury trial,
dismissed the complaint.

ORDERED that the judgment is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff
appeals from a judgment of the Civil Court, after a nonjury trial, dismissing the
complaint.
Plaintiff, as assignee, was required to exhaust its remedies against all potential
insurance carriers before seeking relief from defendant (see Hauswirth v American
Home Assur. Co., 244 AD2d 528 [1997]; Arguelles, M.D., P.C. v Motor Veh. Acc. Indem. Corp., 64 Misc
3d 136[A], 2019 NY Slip Op 51156[U] [App Term, 2d Dept, 2d, 11th & 13th
Jud Dists 2019]; Promed
Durable Equip., Inc. v MVAIC, 64 Misc 3d 136[A], 2019 NY Slip Op
51152[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2019]). Here, plaintiff did
not demonstrate that it had done so. Consequently, the Civil Court properly dismissed the
complaint (see Arguelles, M.D., P.C., 2019 [*2]NY Slip Op 51156[U]).
Accordingly, the judgment is affirmed.
WESTON, J.P., TOUSSAINT and BUGGS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 18, 2022